# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

**TONISHA N FORTUNE-GUILLORY**         **CASE NO.  2:25-CV-01573**

**VERSUS**                                          **JUDGE JAMES D. CAIN, JR.**

**LAKE CHARLES MEMORIAL HEALTH**   **MAGISTRATE JUDGE LEBLANC**
**HOSPITAL**

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Motion to Dismiss [doc. 12] be **DENIED.** Plaintiff is instead given **30 days** to amend her complaint. Failure to comply will result in the original complaint being dismissed on the merits.

**THUS DONE AND SIGNED** in Chambers on the 14th day of April, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**