## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

**TONISHA N FORTUNE-GUILLORY**              **CASE NO.  2:25-CV-01573**

**VERSUS**                                 **JUDGE JAMES D. CAIN, JR.**

**LAKE  CHARLES  MEMORIAL  HEALTH**   **MAGISTRATE JUDGE LEBLANC**
**HOSPITAL**


## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby

**ORDERS, ADJUDGES,** and **DECREES** that the Motion to Dismiss [doc. 22] be

**GRANTED** and that all claims in this matter be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Chambers on the 29th day of June, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**